**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 5, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00722-CV

---

## IN RE THE WILLIAMS COMPANIES, INC., JOHN DEARBORN, AND DAVID CHAPPELL, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-53287**

---

## MEMORANDUM OPINION

On September 19, 2019, relators The Williams Companies, Inc., John Dearborn, and David Chappell filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relators asks this court to compel the Honorable Kyle Carter, presiding judge of the 125th District Court of Harris County, to vacate his July 23, 2018 order denying relators' motion to strike intervention and to grant such motion.

With certain exceptions not applicable here, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Because relators have not shown they are entitled to mandamus relief, we deny their petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.

2